UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA SAKELLARIDES,<br><br>                            Plaintiff,<br><br>   - against -<br><br><br>THE COLORED GIRL, LLC<br><br>                        Defendant. | Docket No. 1:20-cv-4708<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Eva Sakellarides ("Sakellarides" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant The Colored Girl, LLC ("Colored Girl" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.     This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of journalist and author Elaine Welteroth, owned and registered by Sakellarides, a New York based professional photographer. Accordingly, Sakellarides seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.     This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Sakellarides is a professional photographer in the business of licensing her photographs to online and print media for a fee having a usual place of business at 279 Nassau Avenue #3, Brooklyn, New York 11222.

6.      Upon information and belief, Colored Girl is a limited liability company duly organized and existing under the laws of the State of New York with a place of business at 237 West 139th Street, New York, New York 10030. Upon information and belief, Colored Girl is registered with the New York State Department of Corporations to do business in New York. At all times material hereto, Colored Girl has owned and operated a website at the URL: www.TheColoredGirl.com (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Sakellarides photographed journalist and author Elaine Welteroth (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Sakellarides is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-128-614.

**B.      Defendant's Infringing Activities**

10.     On December 10, 2019, Colored Girl ran an article on the Website entitled *Tribe Vibe Spotlight: Elaine Welteroth*. See: https://www.thecoloredgirl.com/theblog/u31y65gclygaax3qpwwp5vxf7ky3ky. The article featured the Photograph. A true and correct copy of the article and a screenshot of the Photograph on the Website are attached hereto as Exhibit B.

11.     Colored Girl did not license the Photograph from Plaintiff for its article, nor did Colored Girl have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.     Colored Girl infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Colored Girl is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Colored Girl have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18.     Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant Colored Girl be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.     That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5.     That Plaintiff be awarded pre-judgment interest; and

6.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
      June 18, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
    Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Eva Sakellarides*
