# EXHIBIT B



THE COLORED GIRL 

UPDATE: #IMARA2020 RETREAT POSTPONED TO JULY 18-25, 2021
JOIN US IN ZANZIBAR, REGISTER NOW!

×

TRIBE, WOMEN OF COLOR, WOMEN SUPPORTING WOMEN

# Tribe Vibe Spotlight: Elaine Welteroth



SIGN IN   CART (0)

Elaine Welteroth is such a vibe… award-winning journalist, author, and judge on the new *Project Runway.* We love her!

She was most recently editor-in-chief of *Teen Vogue* where she in 2017 became the youngest person ever appointed editor-in-chief, and in 2012 had been the first African American ever to hold the post of beauty and health director at a Condé Nast publication. She is only the 2nd African American to hold that position with Conde Nast. Prior to *Teen Vogue*, she was the senior beauty editor at *Glamour* and the beauty and style editor at *Ebony*. She's now a leading expert and advocate for the next generation of change-makers. She has written for the hit show *Grown-ish* and has appeared on-camera for a range of media outlets including ABC News and Netflix. She lives in Brooklyn, New York.

She grew up in Fremont, California and in 2004, she graduated from Newark Memorial High School in Newark, California, where she competed in track and field.In 2007, Welteroth graduated from California State University-Sacramento, majoring in mass communication/media studies with a minor in journalism.

We honor Elaine for the way she exemplifies The Colored Girl core values:

**IMPACT** - Welteroth never set out to be a trailblazer, but now that she is one, she takes her responsibility seriously. The first black beauty editor for a Conde Nast magazine (Teen Vogue) at 25, she became its editor-in-chief four years later, the youngest ever for a Conde magazine. She earned praise for Teen Vogue's pointed political coverage under her leadership.

**WELLNESS** - "Nothing good can grow if you don't nourish your soil". She also calls on her gratitude & ancestral energy, "So then when I do feel those moments of self-doubt or I feel overwhelmed or a sense of isolation, I just remember that when I walk into the room, I'm bringing all of my ancestors with me, and I'm bringing that charge that comes from their dreams that were deferred."

**EXPANSION -** Her expansive practices & mindset are leading the way for other WOC: "If I'm going to be held up as a trailblazer, then I better be

SIGN IN   CART (0)

way that make it less daunting for the next woman of color, specifically black woman, who's coming up behind me."

**SISTERHOOD** - Welteroth on sisterhood and having a support network of amazing women: "There is such a unique experience that we all share… to have someone to hold you accountable, to remind you of your greatness when you need it."

**COLLABORATION** - She launched a collaborative workspace at WeWork, with author & poetess, Cleo Wade which goes beyond tradition and makes you feel as though you have entered a haven filled with color, life

and inspiration. Elaine exclaimed, "I love the idea of cultivating a creative community you trust and admire."



Elaine we love your trailblazing spirit and how you continue to hold us accountable for our greatness. Thank you!

   

SIGN IN   CART (0)

Preview    POST COMMENT…

PREVIOUS

4 Ways to Foster Restorative Healing & Mental Health

NEXT

Representation Matters: Black Girl Magic Makes History!



HOME   CONTACT   JOIN

SIGN IN   CART (0)