```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
EVA SAKELLARIDES,                          :
                  Plaintiff,       :
:       20 Civ. 4708 (LGS)
      -against-                :
:       ORDER
:
THE COLORED GIRL, LLC,                     :
                  Defendant.       :
:
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference was mistakenly scheduled by the Court on two different dates in this case:

IT IS HEREBY **ORDERED** that the initial pre-trial conference on September 3, 2020 at 10:40 a.m. is cancelled. The initial pre-trial conference will be held on August 13, 2020 at 10:30 a.m.

Dated: August 10, 2020
       New York, New York

                                        LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE