```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  EVA SAKELLARIDES,                                         :
                                      Plaintiff             :
                                                            :    20 Civ. 4708 (LGS)
                   -against-                                :
                                                            :    ORDER
  THE COLORED GIRL, LLC.,                                   :
                                      Defendant.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 13, 2020;

WHEREAS, in another action, Judge Furman issued an Opinion and Order dated June 26, 2020, sanctioning Plaintiff's counsel, which was filed in this matter as required by such order (Dkt. No. 9). The order also requires any complaint filed by Plaintiff's counsel involving allegations or claims of copyright infringement, to include a copy of the deposit files maintained by the U.S. Copyright Office reflecting prior registration of the relevant copyrighted work or works at issue. Plaintiff's Complaint does not include a copy of the deposit files. (Dkt. No. 1). It is hereby

**ORDERED** that the August 13, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. It is further

**ORDERED** that by **August 25, 2020**, (1) Plaintiff shall file on ECF an Amended Complaint that includes the deposit files maintained by the U.S. Copyright Office reflecting prior registration of the copyrighted picture in dispute, per Judge Furman's order, and (2) shall produce to Defendant records reflecting licensing fees Plaintiff has received for this photograph or similar photographs. It is further

**ORDERED** that Defendant shall produce to Plaintiff by **August 25, 2020**, (1) the internet

location where the disputed image was obtained and (2) documents or other evidence regarding the number of people who viewed the article that contained the photograph.  It is further

**ORDERED** that Defendant shall file on ECF by **September 1, 2020**, its Rule 68 Offer of Judgment.  After the Rule 68 Offer of Judgment is filed, the parties shall attend a settlement conference before Judge Moses.  A settlement referral will separately issue.  The parties shall file a joint letter within two business days upon completion of the settlement conference, apprising the Court of the outcome of settlement discussions, and if the case is not resolved, including a proposed case management plan and scheduling order.

Dated:  August 12, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**