UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
EVA SAKELLARIDES,                                   :
                                    Plaintiff,      :
                                                    :            20 Civ. 4708 (LGS)
                     -against-                      :
                                                    :                ORDER
THE COLORED GIRL, LLC.,                             :
                                    Defendant.      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order at Dkt. No. 12, Plaintiff was directed to file on ECF an Amended

Complaint that includes the deposit files maintained by the U.S. Copyright Office reflecting prior

registration of the copyrighted picture in dispute;

      WHEREAS, Plaintiff's counsel requested to modify the Order at Dkt. No. 12 (Dkt. No.

14), and Defendant's counsel responded to the request (Dkt. No. 15);

      WHEREAS, Plaintiff's counsel filed a letter motion for leave to file a reply in further

support of his request to modify the Order at Dkt. No. 12.  It is hereby

      **ORDERED** that paragraph four of the Order at Dkt. No. 12 is stricken and replaced with

the below paragraph:

      **ORDERED** that by **August 25, 2020**, Plaintiff's counsel shall file an attorney
declaration, swearing that the photograph at issue is on deposit with the United States
Copyright Office and attaching relevant documentary evidence.

It is further

      **ORDERED** that Plaintiff shall file as soon as possible and no later than **August 19, 2020**,

the civil cover sheet and form AO 121 per the directions of the Clerk of Court dated June 19,

2020.  It is further

      **ORDERED** that the letter motion for leave to file a reply in further support of Plaintiff's

motion to modify the Order at Dkt. No. 12 is DENIED as moot.

The Clerk of Court is respectfully directed to close Dkt. Nos. 14, 16.

Dated: August 17, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**