UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA SAKELLARIDES,<br><br>                       Plaintiff<br><br>       - against –<br><br>THE COLORED GIRL, LLC<br><br>                       Defendant | Case No. 1:20-cv-04708 (LGS) |

## DECLARATION OF RICHARD LIEBOWITZ

**I, RICHARD LIEBOWITZ**, under the penalty of perjury, declares:

1. I am lead counsel for Plaintiff Eva Sakellarides ("Plaintiff") in the above-referenced action. I submit this declaration pursuant to the Court's order, dated August 17, 2020 [Dkt. #18]

2. Attached as Exhibit A is a true and correct copy of the applicable copyright registration certificate, bearing no. VA 2-128-614, with effective date of November 26, 2018 (the "614 Registration"). My name appears on the 614 Registration under "Certification."

3. The content title of the relevant photograph, as listed on the face of the 614 Registration, is "9.14.17ElaineWelteroth383.jpg" (as highlighted in Exhibit A) (the "Photograph").

4. Attached as Exhibit B is a true and correct copy of the application for the 614 Registration, bearing Service Request No. 1-7170726088.

5. Attached as Exhibit C is a true and correct copy of the Photograph.

6. Attached as Exhibit D is a true and correct copy of a screenshot from my law office's Google Drive, showing the deposit copy of "9.14.17ElaineWelteroth383.jpg" which

was uploaded to the Copyright Office's website on November 26, 2018 as part of the application for the 614 Registration.

      7.     I hereby certify that on November 26, 2018, the Photograph was deposited with the Copyright Office as part of the application for the 614 Registration.

Dated: Valley Stream, New York
Executed this 25th Day of August, 2020

                                              **s/richardliebowitz/**
                                              **Richard Liebowitz**