# EXHIBIT B

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-7170726088

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

**Priority:** Routine      **Application Date:** November 26, 2018

## Correspondent

**Name:** Richard Liebowitz
**Email:** copyrightregistration@liebowitzlawfirm.com
**Telephone:** (516)233-1660
**Address:** 11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Registration Number
**\*-APPLICATION-\***

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** September 14, 2017 to November 20, 2017

**Title**

**Title of Group:** Eva Sakellarides
**Number of Photographs in Group:** 170

- **Individual Photographs:** 9.14.17Elaine Welteroth026.jpg, 9.14.17ElaineWelteroth016.jpg, 9.14.17ElaineWelteroth019.jpg, 9.14.17ElaineWelteroth021.jpg, 9.14.17ElaineWelteroth027.jpg, 9.14.17ElaineWelteroth031.jpg, 9.14.17ElaineWelteroth053.jpg, 9.14.17ElaineWelteroth060.jpg, 9.14.17ElaineWelteroth062.jpg, 9.14.17ElaineWelteroth123.jpg, 9.14.17ElaineWelteroth130.jpg, 9.14.17ElaineWelteroth154.jpg, 9.14.17ElaineWelteroth179.jpg, 9.14.17ElaineWelteroth211.jpg, 9.14.17ElaineWelteroth212.jpg, 9.14.17ElaineWelteroth217.jpg, 9.14.17ElaineWelteroth223.jpg, 9.14.17ElaineWelteroth233.jpg, 9.14.17ElaineWelteroth260.jpg, 9.14.17ElaineWelteroth267.jpg, 9.14.17ElaineWelteroth269.jpg, 9.14.17ElaineWelteroth276.jpg, 9.14.17ElaineWelteroth292.jpg, 9.14.17ElaineWelteroth328.jpg, 9.14.17ElaineWelteroth335.jpg, 9.14.17ElaineWelteroth342.jpg, 9.14.17ElaineWelteroth346.jpg, 9.14.17ElaineWelteroth349.jpg, 9.14.17ElaineWelteroth350.jpg, 9.14.17ElaineWelteroth351.jpg, 9.14.17ElaineWelteroth352.jpg, 9.14.17ElaineWelteroth354.jpg, 9.14.17ElaineWelteroth375.jpg, 9.14.17ElaineWelteroth383.jpg, 9.14.17ElaineWelteroth427.jpg, 9.14.17ElaineWelteroth430.jpg, 9.14.17ElaineWelteroth432.jpg, 9.14.17ElaineWelteroth439.jpg, 9.14.17ElaineWelteroth454.jpg, 9.14.17ElaineWelteroth455.jpg, 9.14.17ElaineWelteroth459.jpg, 9.14.17ElaineWelteroth463.jpg, 9.14.17ElaineWelteroth478.jpg, 9.14.17ElaineWelteroth491.jpg,
  **Published:** September 2017

- **Individual Photographs:** 10-18-2017- MARTIN SCHOELLER - 001.jpg, 10-18-2017- MARTIN SCHOELLER - 002.jpg, 10-18-2017- MARTIN SCHOELLER - 003.jpg, 10-18-2017- MARTIN SCHOELLER - 004.jpg, 10-18-2017- MARTIN SCHOELLER - 005.jpg, 10-18-2017- MARTIN SCHOELLER - 006.jpg, 10-18-2017- MARTIN SCHOELLER - 007.jpg, 10-18-2017- MARTIN SCHOELLER - 008.jpg, 10-18-2017- MARTIN SCHOELLER - 009.jpg, 10-18-2017- MARTIN SCHOELLER - 010.jpg, 10-18-2017- MARTIN SCHOELLER - 011.jpg, 10-18-2017- MARTIN SCHOELLER - 012.jpg, 10-18-2017- MARTIN SCHOELLER - 013.jpg, 10-18-2017- MARTIN SCHOELLER - 014.jpg, 10-18-2017- MARTIN SCHOELLER - 015.jpg, 10-18-2017- MARTIN SCHOELLER - 016.jpg, 10-18-2017- MARTIN

|  |  |
|---|---|
|  | SCHOELLER - 017.jpg, 10-18-2017- MARTIN SCHOELLER - 018.jpg, 10-18-2017- MARTIN SCHOELLER - 019.jpg, 10-18-2017- MARTIN SCHOELLER - 020.jpg, 10-18-2017- MARTIN SCHOELLER - 021.jpg, 10-18-2017- MARTIN SCHOELLER - 022.jpg, 10-18-2017- MARTIN SCHOELLER - 023.jpg, 10-30-2017- HALA SALEM ACHILLAS - 001.jpg, 10-30-2017- HALA SALEM ACHILLAS - 002.jpg, 10-30-2017- HALA SALEM ACHILLAS - 003.jpg, 10-30-2017- HALA SALEM ACHILLAS - 004.jpg, 10-30-2017- HALA SALEM ACHILLAS - 005.jpg, 10-30-2017- HALA SALEM ACHILLAS - 006.jpg, 10-30-2017- HALA SALEM ACHILLAS - 007.jpg, 10-30-2017- HALA SALEM ACHILLAS - 008.jpg, 10-30-2017- HALA SALEM ACHILLAS - 009.jpg, 10-30-2017- HALA SALEM ACHILLAS - 010.jpg, 10-30-2017- HALA SALEM ACHILLAS - 011.jpg, 10-30-2017- HALA SALEM ACHILLAS - 012.jpg, 10-30-2017- HALA SALEM ACHILLAS - 013.jpg, 10-30-2017- HALA SALEM ACHILLAS - 014.jpg, 10-30-2017- HALA SALEM ACHILLAS - 015.jpg, 10-30-2017- HALA SALEM ACHILLAS - 016.jpg, 10-30-2017- HALA SALEM ACHILLAS - 017.jpg, |
| **Published:** | October 2017 |

- **Individual Photographs:** 10-30-2017- HALA SALEM ACHILLAS - 018.jpg, 10-30-2017- HALA SALEM ACHILLAS - 019.jpg, 10-30-2017- HALA SALEM ACHILLAS - 020.jpg, 10-30-2017- HALA SALEM ACHILLAS - 021.jpg, 10-30-2017- HALA SALEM ACHILLAS - 022.jpg, 10-30-2017- HALA SALEM ACHILLAS - 023.jpg, 10-30-2017- HALA SALEM ACHILLAS - 024.jpg, 10-30-2017- HALA SALEM ACHILLAS - 025.jpg, 10-30-2017- HALA SALEM ACHILLAS - 026.jpg, 10-30-2017- HALA SALEM ACHILLAS - 027.jpg, 10-30-2017- HALA SALEM ACHILLAS - 028.jpg, 10-30-2017- HALA SALEM ACHILLAS - 029.jpg, 10-30-2017- HALA SALEM ACHILLAS - 030.jpg, 10-30-2017- HALA SALEM ACHILLAS - 031.jpg, 10-30-2017- HALA SALEM ACHILLAS - 032.jpg, 10-30-2017- HALA SALEM ACHILLAS - 033.jpg, 10-30-2017- HALA SALEM ACHILLAS - 034.jpg, 10-30-2017- HALA SALEM ACHILLAS - 035.jpg, 10-30-2017- HALA SALEM ACHILLAS - 036.jpg, 10-30-2017- HALA SALEM ACHILLAS - 037.jpg, 10-30-2017- HALA SALEM ACHILLAS - 038.jpg, 10-30-2017- HALA SALEM ACHILLAS - 039.jpg, 10-30-2017- HALA SALEM ACHILLAS - 040.jpg, 10-30-2017- HALA SALEM ACHILLAS - 041.jpg, 10-30-2017- HALA SALEM ACHILLAS - 042.jpg, 10-30-2017- HALA SALEM ACHILLAS - 043.jpg, 10-30-2017- HALA SALEM ACHILLAS - 044.jpg, 10-30-2017- HALA SALEM ACHILLAS - 045.jpg, 10-30-2017- HALA SALEM ACHILLAS - 046.jpg, 10-30-2017- HALA SALEM ACHILLAS - 047.jpg, 10-30-2017- HALA SALEM ACHILLAS - 048.jpg, 10-30-2017- HALA SALEM ACHILLAS - 049.jpg, 10-30-2017- HALA SALEM ACHILLAS - 050.jpg, 10-30-2017- HALA SALEM ACHILLAS - 051.jpg, 10-30-2017- HALA SALEM ACHILLAS - 052.jpg, 10-30-2017- HALA SALEM ACHILLAS - 053.jpg, 10-30-2017- HALA SALEM ACHILLAS - 054.jpg, 10-30-2017- HALA SALEM ACHILLAS - 055.jpg, 10-30-2017- HALA SALEM ACHILLAS - 056.jpg, 10-30-2017- HALA SALEM ACHILLAS - 057.jpg,

**Published:** October 2017

- **Individual Photographs:** 10-30-2017- HALA SALEM ACHILLAS - 058.jpg, 10-30-2017- HALA SALEM ACHILLAS - 059.jpg, 10-30-2017- HALA SALEM ACHILLAS - 060.jpg, 10-30-2017- HALA SALEM ACHILLAS - 061.jpg, 10-30-2017- HALA SALEM ACHILLAS - 062.jpg, 10-30-2017- HALA SALEM ACHILLAS - 063.jpg, 10-30-2017- HALA SALEM ACHILLAS - 064.jpg, 10-30-2017- HALA SALEM ACHILLAS - 065.jpg, 10-30-2017- HALA SALEM ACHILLAS - 066.jpg, 10-30-2017- HALA SALEM ACHILLAS - 067.jpg, 10-30-2017- HALA SALEM ACHILLAS - 068.jpg, 10-30-2017- HALA SALEM ACHILLAS - 069.jpg, 10-30-2017- HALA SALEM ACHILLAS - 070.jpg, 10-30-2017- HALA SALEM ACHILLAS - 071.jpg, 10-30-2017- HALA SALEM ACHILLAS - 072.jpg, 10-30-2017- HALA SALEM ACHILLAS - 073.jpg, 10-

|  |  |
|---|---|
|  | 30-2017- HALA SALEM ACHILLAS - 074.jpg, 10-30-2017- HALA SALEM ACHILLAS - 075.jpg, 10-30-2017- HALA SALEM ACHILLAS - 076.jpg, 10-30-2017- HALA SALEM ACHILLAS - 077.jpg, 10-30-2017- HALA SALEM ACHILLAS - 078.jpg, 10-30-2017- HALA SALEM ACHILLAS - 079.jpg, 10-30-2017- HALA SALEM ACHILLAS - 080.jpg, 10-30-2017- HALA SALEM ACHILLAS - 081.jpg, 10-30-2017- HALA SALEM ACHILLAS - 082.jpg, 10-30-2017- HALA SALEM ACHILLAS - 083.jpg, |
| **Published:** | October 2017 |
| • **Individual Photographs:** | 11-20-2017- HAILEY GATES - 001.jpg, 11-20-2017- HAILEY GATES - 002.jpg, 11-20-2017- HAILEY GATES - 003.jpg, 11-20-2017- HAILEY GATES - 004.jpg, 11-20-2017- HAILEY GATES - 005.jpg, 11-20-2017- HAILEY GATES - 006.jpg, 11-20-2017- HAILEY GATES - 007.jpg, 11-20-2017- HAILEY GATES - 008.jpg, 11-20-2017- HAILEY GATES - 009.jpg, 11-20-2017- HAILEY GATES - 010.jpg, 11-20-2017- HAILEY GATES - 011.jpg, 11-20-2017- HAILEY GATES - 012.jpg, 11-20-2017- HAILEY GATES - 013.jpg, 11-20-2017- HAILEY GATES - 014.jpg, 11-20-2017- HAILEY GATES - 015.jpg, 11-20-2017- HAILEY GATES - 016.jpg, 11-20-2017- HAILEY GATES - 017.jpg, 11-20-2017- HAILEY GATES - 018.jpg, 11-20-2017- HAILEY GATES - 019.jpg, 11-20-2017- HAILEY GATES - 020.jpg, |
| **Published:** | November 2017 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Earliest Publication Date in Group:** | September 14, 2017 |
| **Latest Publication Date in Group:** | November 20, 2017 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Eva Sakellarides |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Eva Sakellarides<br>338 Broadway, #4R, Booklyn, NY, 11211, United States |

## Certification

|  |  |
|---|---|
| **Name:** | Richard Liebowitz |
| **Date**: | November 26, 2018 |

---

|  |  |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that |

correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.