# EXHIBIT D

Drive

Search in Drive

G Suite

New

5. Every Other E-F  >  ...  >  2017  >  Part 2 - 9.14.17-11.20.17 - Eva Sakellarides - 1-7170726088 -170 pics reg on 11.26.18

Priority
My Drive
Shared drives
Shared with me
Recent
Starred
Trash

Storage
29.8 GB used

9.14.17ElaineWelteroth349.jpg
9.14.17ElaineWelteroth350.jpg
9.14.17ElaineWelteroth351.jpg
9.14.17ElaineWelteroth352.jpg
9.14.17ElaineWelteroth354.jpg
9.14.17ElaineWelteroth375.jpg
9.14.17ElaineWelteroth383.jpg
9.14.17ElaineWelteroth427.jpg
9.14.17ElaineWelteroth430.jpg

Part 2 - 9.14.17-11.20.17 - Eva Sakellarides - 1-7170726088 -170 pics reg on 11.26.18

Details | Activity

Long ago

Nov 26, 2018

You uploaded 2 items

pics.zip
Eva Sakellarides - 1-7170726...

Nov 26, 2018

You renamed an item

Part 2 - 9.14.17-11.20.17 - Ev...
Part 2 - 9.14.17-11.20.17 - 17...

Nov 20, 2018

You moved 76 items to