

New York, September 28th 2017

*Mondadori Magazines France TSA 60001*
*GRAZIA*
*8 rue François Ory*
*92543 Montrouge*
*France*
*TVA: IT08009080964*

## INVOICE #201711-337-b

*Photographer:*  **Eva Sakellarides**
*Job reference:*  PORTRAIT ELAINE WELTEROTH **"Une fille en Vogue"**
*Dates of shoot*:  September 12th 2017, in NYC
*Usage:* GRAZIA N° 418 _ single publication
*For any other publication or extra pages spread, usage to be re-negociated with the photographer*

-----------------------------------------------------------------------------------------------------

## Photographer's Fees *in Euros*:

Complement of forfait for 1 day of shooting, editing & retouching :          **550.00 Euros**

                        **TOTAL INVOICE in Euros:  *550.00 EUROS***

*Payment: Net 30 days from job date. **All transfer fees at your charge**.*
Please transfer payment to :
BABY DOLL Studio LLC
Account # 667747176
At HSBC, 252 Bedford Avenue, Brooklyn, NY 11211 USA
ABA # 021001088
SWIFT : MRMDUS33
EIN # 20-5052372
Or Check to
Baby Doll studio LLC 36-46 South 4th Street suite D7, Brooklyn, NY 11249